

# THE THIRTEENTH COURT OF APPEALS

13-15-00175-CV

DOYLE WELLS, SEA OATS INVESTMENTS I, L.P. F/K/A LAMKIN PROPERTIES
LIMITED PARTNERSHIP, AND QUIXOTE DUNES, INC.
v.
TEXAS DEPARTMENT OF TRANSPORTATION
AND TOWN OF SOUTH PADRE ISLAND

On Appeal from the
138th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-2139-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the trial court's denial of cross-appellant Town of South Padre Island's motion for summary judgment to enforce its mediated settlement agreement with cross-appellees Doyle Wells, Sea Oats Investments I, L.P. f/k/a Lamkin Properties Limited Partnership, and Quixote Dunes, Inc. should be reversed. The Court orders the order of the trial court REVERSED and RENDERS judgment that the motion to enforce the mediated settlement agreement GRANTED. We REMAND the case to the trial court for further proceeding consistent with this opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

February 2, 2017